UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS MUNOZ,                         :

                Plaintiff,           :

      -against-                        :

C.O. ROBENSON ELIEZER, et al.,        :

           Defendants.               :

**ORDER OF DISMISSAL**

Case No. 16 Civ. 6049 (NSR)

---

WHEREAS the Court issued an Opinion and Order dated March 20, 2018, dismissing all claims asserted against defendants Dr. Bentivegna and Nurse McCarthy; and

WHEREAS the Court issued an Opinion and Order dated March 2, 2020, conditionally dismissing all remaining claims against defendants Robenson Eliezer, Keith Chase, Jeffery Benaim, Shaun Medina, and James G. Goehl pursuant to Federal Rule of Civil Procedure 25(a)(1) (the "March 2, 2020 Order"); and

WHEREAS, the March 2, 2020 Order was served upon Plaintiff's next of kin Theresa Munoz, and there has been no Motion for Substitution filed in the case;

NOW THEREOFRE, pursuant to the terms of the March 2, 2020 Order and Federal Rule of Civil Procedure 25(a)(1), all remaining claims against defendants Robenson Eliezer, Keith Chase, Jeffery Benaim, Shaun Medina, and James G. Goehl are dismissed. The Clerk is respectfully directed to enter judgment and close the case.

Dated: White Plains, New York
       May 29     , 2020

SO ORDERED.

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2020