UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS MUNOZ,
                       Plaintiff,

       -against-                                    16 **CIVIL** 6049 (NSR)

                                                         **JUDGMENT**

C.O. ROBINSON ELIEZER, et al.,
                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated May 29, 2020, on March 20, 2018 all the claims asserted against defendants Dr. Bentivegna and Nurse McCarthy were dismissed; Now, Therefore, pursuant to the terms of the March 2, 2020 Order and Federal Rule of Civil Procedure 25(a)(1), all remaining claims against defendants Robinson Eliezer, Keith Chase, Jeffrey Benaim, Shaun Medina, and James Goehl are dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
           May 29, 2020

                                                             **RUBY J. KRAJICK**
                                                              _____
                                                                 **Clerk of Court**
                               **BY:**
                                                                 _____
                                                                   **Deputy Clerk**